|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

JAMES KASIM,

        Plaintiff,

vs.

OFFICER GABRIEL MUNOZ, an individual employed with the City of Los Angeles Police Department; C. FREDERICK WEHBA, an individual; C. FREDERICK WEHBA II, an individual; BENTLEYFORBES HOLDINGS, LLC, a Delaware limited liability company with its principal place of business in Los Angeles, California; BENTLEY FORBES GROUP, LLC, a Delaware limited liability company with its principal place of business in Los Angeles, California; CITY OF LOS ANGELES, a municipal entity; CITY OF LOS ANGELES POLICE DEPARTMENT, a law enforcement agency within the City of Los Angeles and, DOES 1 through 20, inclusive.

        Defendants

**CASE NO. CV-13-02999-DMG-SHx**

**ORDER RE DISMISSAL OF DEFENDANTS FREDERICK WEHBA, C. FREDERICK WEHBA II, BENTLEYFORBES HOLDINGS, LLC, AND BENTLEY FORBES GROUP, LLC   PURSUANT TO F.R.C.P 41(a)(1)(A)(ii) [80]**

**ORDER RE DISMISSAL OF DEFENDANTS   FREDERICK WEHBA, C. FREDERICK WEHBA II, BENTLEYFORBES HOLDINGS, LLC, AND BENTLEY FORBES GROUP, LLC   PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

1    **IT IS HEREBY ORDERED** that, pursuant to the Notice of Voluntary Dismissal
2    filed by Plaintiff, JAMES KASIM, through his attorney of record Joel W. Baruch, the
3    Complaint against Defendants, **FREDERICK WEHBA, C. FREDERICK WEHBA II,**
4    **BENTLEY FORBES HOLDINGS, LLC, AND BENTLEY FORBES GROUP, LLC**,
5    is hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure
6    41(a)(1)(A)(ii).
7        IT IS SO ORDERED.

DATED:   October 27, 2014

                                           _____
                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE

**ORDER RE DISMISSAL OF DEFENDANTS  FREDERICK WEHBA, C. FREDERICK WEHBA II, BENTLEYFORBES HOLDINGS, LLC, AND BENTLEY FORBES GROUP, LLC   PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**